UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF IOWA

**Report on Defendant Under Pretrial Supervision**

---

**Name of Defendant:** Rodney Ray Biggerstaff    **Case Number:** 1:24-cr-00062-001

**Name of Judicial Officer:**    William P. Kelly, U.S. Magistrate Judge

**Charge:**    18 U.S.C. § 2252A(b)(1)-Transportation of Child Pornography (Ct. 1)
18 U.S.C. § 2252(b)(1)-Receipt of Child Pornography (Ct. 2)
18 U.S.C. § 2252(b)(2)-Possession of Child Pornography (Ct. 3)

**Placed on Bond:**    October 9, 2024

**Type of Bond:**    Personal Recognizance

**Trial Date:**    August 11, 2025

**Assistant U. S. Attorney:**    Shelly M. Sudmann    **Defense Attorney:** Michael F. Maloney

**PETITIONING THE COURT**

The probation officer believes that the offender has violated one or more conditions of supervision, as outlined below:

<u>Violations</u>

1. Failure to Comply with Adam Walsh Conditions-Device with Internet Capability

<u>Nature of Noncompliance</u>

On May 14, 20205, during an unannounced home contact, probation completed a consent search of the defendant's phone and observed that the internet function was able to be utilized. It appeared in the history that sites such as google and U.S. Cellular were either accessed or attempted to be accessed. The defendant indicated his phone package is only talk and text and there is no internet on the phone.

**U. S. Probation Officer Action:**

The probation officer has viewed the same cellular phone in the past and did not appear that the phone was previously capable of accessing the internet. However, at this time, the browser history indicates potential use or attempts to access the internet. The defendant denies he has accessed the internet. The defendant and his sister, Julie Biggerstaff, were given options of different phones to purchase to avoid any future concerns. The phone was confiscated by the probation officer.

**Background Information:**

The defendant was released on bond with pretrial supervision on October 9, 2024. His trial date is scheduled for August 11, 2025. This is the defendant's first violation since being released on pretrial supervision.

 

Respectfully submitted,

By *Jennifer Reynolds*

Jennifer Reynolds

U.S. Probation Officer

Date: May 15, 2025

**The Probation Office recommends that no further action be taken at this time.**

The United States Attorney's Office:

- [X] Does not object to the proposed action.

- [ ] Objects but does not request a formal hearing be set.

- [ ] Objects and will petition the Court requesting that a formal hearing be set.

AUSA: Shelly Sudmann　　　　　Signature: *Shelly Sudmann*

---

- [X] No further action is needed

- [ ] Submit a request for modification of the condition or term of supervision.

- [ ] Submit a request for warrant or summons.

- [ ] Other: _____

_____
William P. Kelly
UNITED STATES MAGISTRATE JUDGE

May 19, 2025
**Date**